UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN SAVOY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NIKKI COLE, et al.,<br><br>　　　　　　Defendants. | No.  No. 2:13-cv-02004 DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. §1983.  Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes.  28 U.S.C. § 636(c); Local Rule 305(a).  (See ECF No. 4.)

On April 2, 2014, this court granted plaintiff's application to proceed in forma pauperis, directed monthly payments from plaintiff's prison trust account, and dismissed plaintiff's complaint with leave to file an amended complaint within thirty days.  (ECF Nos. 5, 6.)  Those orders were served on plaintiff's address of record, but returned by the postal service as undeliverable on April 14, 2014.  Local Rule 183(b) requires that a party appearing in propria persona inform the court of any address change.  That rule authorizes dismissal of an action without prejudice, for failure to prosecute, if a plaintiff fails to provide his current address within 63 days after the return of mail served on his address of record.  More than 63 days have passed

1 since the court's April 2014 orders were returned by the postal service, during which plaintiff has
2 had no communication with the court.[1]
3   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice
4 due to plaintiff's failure to prosecute.
5 Dated: June 18, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
savo2004.33a

---

[1] Although the subject receipt indicates that the mail was "refused," the court finds Local Rule 183 applicable where, as here, it appears that plaintiff declined to accept mail from the court. See also Fed. R. Civ. P. 41(b) (authorizing involuntary dismissal of an action for failure to prosecute).